# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO BRAVO-BRAVO,

Defendant.

Case No. 2:16-cr-00024-APG-GWF

**ORDER CONTINUING SENTENCING AND ORDERING PRODUCTION OF THE A-FILE**

IT IS ORDERED that the sentencing and disposition currently set for Tuesday, August 16, 2016 at 10:00 a.m. is VACATED. On **Tuesday August 23, 2016 at 2:00 p.m.**, the court will hear oral argument on defendant's motion to withdraw his guilty plea and to dismiss the Indictment. ECF No. 24. On **September 8, 2016 at 10:00 a.m.,** the court will conduct the sentencing hearing, if necessary.

IT IS FURTHER ORDERED that on or before **Wednesday, August 17, 2016**, the Government shall file with the court the complete A-file for defendant Ricardo Bravo-Bravo.

DATED this 15th day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE